UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARQUE DEVORE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L.E. SCRIBNER, Warden,<br><br>　　　　　Respondent. | No. CV 08-3877-RGK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 26, 2009

　　　　　　　　　　　　　　　　　　*/s/ Gary Klausner*
　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　United States District Judge